FILED'10 JAN 11 14:53 USDC-ORP

WILBORN LAW OFFICE, P.C.
TIM WILBORN, Attorney at Law — OSB # 944644
twilborn@mindspring.com
P.O. Box 2768
Oregon City, OR 97045
Voice: (503) 632-1120
Fax: (503) 632-1198
  Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **PAMELA FIELDS,** | CV # 08-1054-HA |
|     Plaintiff, | |
| vs. | ORDER |
| **COMMISSIONER of Social Security,** | |
|     Defendant. | |

Attorney fees in the amount of $5,300.00 are hereby awarded pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). The check shall be sent to Tim Wilborn's address: P.O. Box 2768, Oregon City, OR 97045.

DATED this _8_ day of _January_, 2010.

_____
United States District Judge

Submitted on January 6, 2010 by:

s/ Tim Wilborn, OSB # 944644
(503) 632-1120
  Attorney for Plaintiff

ORDER - Page 1